IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-00668-LTB-BNB

RENEE RAY,

Plaintiff,

v.

SYSCO INTERMOUNTAIN, INC., f/k/a Sysco Intermountain Food Services, Inc., a Delaware corporation, and
TOM TEMPLE, an individual,

Defendants.
_____

**ORDER**
_____

This matter arises on the defendants' **Motion to Modify Scheduling Order to Continue Plaintiff's Deposition** [Doc. # 30, filed 9/30/2010] (the "Motion"). I held a hearing on the Motion this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Doc. # 30] is:

(1) GRANTED to allow the defendants one additional day of not more than five hours of deposition testimony from the plaintiff, to occur in Gunnison or Denver, at the plaintiff's option; and

(2) DENIED in all other respects.

Dated October 12, 2010.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge