**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00668-LTB-BNB

RENEE RAY,

       Plaintiff,

v.

SYSCO INTERMOUNTAIN FOOD SERVICES, INC., a Delaware corporation, and
TOM TEMPLE, an individual,

       Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK


       The Joint Motion to Stay Proceedings Pending Finalization of Settlement (Doc 40 - filed November 19, 2010) is GRANTED.  The parties are directed to file status reports every 60 days regarding the settlement and dismissal of this matter.




Dated:    November 22, 2010
_____