**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Action No.  10-cv-00668-LTB-BNB

RENEE RAY,

       Plaintiff,

v.

SYSCO INTERMOUNTAIN FOOD SERVICES, INC., a Delaware corporation, and TOM TEMPLE, an individual,

       Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice All Claims Against Defendants (Doc 45 - filed April 7, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                BY THE COURT:

                                                  s/Lewis T. Babcock
                                                Lewis T. Babcock, Judge

DATED:   April 8, 2011